
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 10 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

PETER ROY ALFRED, JR.                    CIVIL ACTION NO. 08-0554
    LA. DOC. # 315023
VS.                                      SECTION P
                                         JUDGE DRELL
WARDEN PETER LOFTON, III, ET AL.         MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the  record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as duplicative and therefore malicious in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this _9th_ day of _September_, 2008.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**